NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZHEJIANG DUNAN HETIAN METAL CO., LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**PARKER-HANNIFIN CORPORATION,**
*Defendant-Appellee.*

---

2010-1367

---

Appeal from the United States Court of International Trade in case no. 09-CV-0217, Judge Donald C. Pogue.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 35-day extension of time, until October 14, 2010, for all appellees to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 1 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark E. Pardo, Esq.
     Donald R. Dinan, Esq.
     L. Misha Preheim, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 1 2010

**JAN HORBALY**
**CLERK**